```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 05895
   KENNETH J POLK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-1410


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/03/2007 and was not confirmed.

     The case was dismissed without confirmation 07/26/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG       .00           .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE    13405.49         .00           .00
COMCAST CABLE              UNSECURED       NOT FILED         .00           .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED         .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED       NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         2062.67         .00           .00
VERIZON WIRELESS           UNSECURED       NOT FILED         .00           .00
COUNTRYWIDE HOME LOANS I   SECURED NOT I       .00           .00           .00
COUNTRYWIDE HOME LOANS I   SECURED NOT I   13405.49          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,934.00                     779.25
TOM VAUGHN                 TRUSTEE                                        57.75
DEBTOR REFUND              REFUND                                        279.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   1,116.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     779.25
TRUSTEE COMPENSATION                                57.75
DEBTOR REFUND                                      279.00
                         --------------       --------------
TOTALS                    1,116.00               1,116.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/23/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```